**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

PNC Bank, National Association
                                  Plaintiff,

v.                                                Case No.: 1:24–cv–12292
                                                   Honorable Jorge L. Alonso

AGN Corporate, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held on 8/20/2025. Service for Defendants have been executed, no Defendants present. Motion by Plaintiff PNC Bank, National Association for entry of default pursuant to Federal Rule of Civil Procedure 55 [33] is granted. Enter Default Judgment in favor of the Plaintiffs and against the Defendants. Telephonic status hearing is set for 9/11/2025 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 650–479–3207 and the access code is 1804010308. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.